# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**ROSS PILGREEN**                                                 **PLAINTIFF**

v.                         No. 3:20-cv-144-DPM

**INTIMIDATOR, INC., and**
**INTIMIDATOR SPECIAL VEHICLES**
**TEAM, LLC**                                            **DEFENDANTS**

## ORDER

The joint motion to approve the settlement, *Doc. 26*, is granted. The proposed settlement is fair, reasonable, and adequate. *Lynn's food Stores, Inc. v. United States*, 679 F.2d 1350, 1353 (11th Cir. 1982); *see also Barbee v. Big River Steel, LLC*, 927 F.3d 1024, 1027 n.1 (8th Cir. 2019); *Melgar v. OK Foods*, 902 F.3d 775, 779 (8th Cir. 2018). It reflects a good-faith compromise of contested overtime compensation issues. And the attorney's fee was negotiated separately, after the parties had settled the wage claims. *Compare Doc. 26 at ¶ 8, with Vines v. Welspun Pipes Inc.*, 2021 WL 3640219 (8th Cir. 18 August 2021). The Court will dismiss Pilgreen's complaint with prejudice.

So Ordered.

*/s/ DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 September 2021