IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ROSS PILGREEN                                                           PLAINTIFF

v.                              No. 3:20-cv-144-DPM

INTIMIDATOR, INC., and
INTIMIDATOR SPECIAL VEHICLES
TEAM, LLC                                                              DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

16 September 2021